UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Daivion Devonte Moore,

Petitioner

v.

Warden, Southern Desert Correctional Center,

Respondent

Case No. 2:26-cv-02170-CDS-EJY

**Order**

Petitioner Daivion Devonte Moore filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. On August 12, 2026, I reviewed the petition and issued an order to show cause, instructing Moore to explain why his petition should not be dismissed with prejudice as time barred. ECF No. 7. On August 17, 2026, Moore filed a notice of change of address. ECF No. 8. Moore has now filed a letter stating that he has yet to receive anything from the court on his petition. ECF No. 9. Given the timing of the order to show cause and the notice of change of address, I instruct the Clerk of the Court to resend copies of filings to Moore and extend his deadline for responding to the order to show cause.

It is therefore kindly ordered that the Clerk of Court send copies of all the filings in this matter to Moore by regenerating the notices of electronic filings.

It is further ordered that Moore's deadline for responding to the order to show cause is extended to October 8, 2026.

Dated: September 8, 2026

Cristina D. Silva
United States District Judge