UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Daivion Devonte Moore,<br>Petitioner<br>v.<br>Warden, Southern Desert Correctional Center,<br>Respondent | Case No. 2:26-cv-02170-CDS-EJY<br>**Order Discharging Show Cause and Granting IFP Application**<br>[ECF No. 4] |

Petitioner Daivion Devonte Moore filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 and a motion for leave to proceed *in forma pauperis* ("IFP application"). ECF Nos. 1-1, 4. Following an initial review of the petition under the Rules Governing Section 2254 Cases, I instructed Moore to show cause why his petition should not be dismissed with prejudice as time barred given that it was filed 41 days late. ECF No. 7. Moore timely responded. ECF No. 11. Based on Moore's response, which includes an argument that he should be entitled to equitable tolling due to his documented[1] brain damage, I find that service of the petition on the respondent is warranted. Further, it appears that counsel may be helpful in this case.[2] Although I find that the appointment of counsel is in the interests of justice given the apparent complexities of this case, Moore's brain damage, and Moore's lengthy sentence, I am cognizant of the fact that Moore has not moved for the appointment of counsel. As such, I give Moore 30 days to file a motion for the appointment of counsel. If Moore does not file such a motion or otherwise indicates that he does not wish for counsel to be appointed, I will not appoint counsel and will issue a scheduling order on the petition.

[1] Moore included an MRI, dated September 22, 2015, with his response, showing that he suffers from, *inter alia*, "[s]evere left and moderate to severe right age-adjusted hippocampal atrophy consistent with the clinical history of prior head trauma." ECF No. 11 at 11.
[2] The Criminal Justice Act authorizes the Court to appoint counsel "when the interests of justice so require." 18 U.S.C. § 3006A(a)(2).

It is therefore ordered that the IFP application **[ECF No. 4] is granted**.

It is further kindly ordered that the Clerk of Court (1) file the petition [ECF No. 1-1], (2) add Aaron Ford, Attorney General of the State of Nevada, as counsel for the respondent, and (3) electronically provide the respondent's counsel a copy of this order and all other items previously filed in this case by regenerating the Notices of Electronic Filing.

It is further ordered that the respondent's counsel enter a notice of appearance by October 15, 2026, but no further response will be required until further order.

It is further ordered that Moore has up to and including November 9, 2026, to file a motion for the appointment of counsel if he wants counsel to be appointed to represent him.

Dated: October 7, 2026

Cristina D. Silva
United States District Judge